IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MICHAEL B. CORSON, | ) |
| | ) Case No. CV 05-396-S-MHW |
| Petitioner, | ) |
| v. | ) |
| | ) **JUDGMENT** |
| JO ANNE BARNHART, Commissioner, Social Security Administration, | ) |
| Respondent. | ) |

Pursuant to the Court's Memorandum Decision and Order which **AFFIRMED** the Commissioner's decision finding that the Petitioner is not disabled within the meaning of the Social Security Act, Judgment is hereby entered in favor of the **RESPONDENT** and the case is **DISMISSED** with prejudice.



DATED: March 15, 2007

Honorable Mikel H. Williams
United States Magistrate Judge